PENNSYLVANIA RAILROAD COMPANY, PROSECUTOR, PLAINTIFF IN ERROR, v. INHABITANTS OF THE TOWNSHIP OF HAMILTON, IN THE COUNTY OF MERCER, AND MERCER COUNTY TRACTION COMPANY, DEFENDANTS IN ERROR.

Argued June 24, 1902—Decided November 17, 1902.

On error to the Supreme Court.

For the plaintiff in error, *Alan H. Strong* and *Charles E. Gummere.*

For the defendant in error, *John H. Backes.*

PER CURIAM.

The judgment of the Supreme Court in this cause is affirmed, on the grounds set forth in the opinion of Mr. Justice Garretson in that court, reported under the same title in 38 *Vroom* 477.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, DIXON, COLLINS, HENDRICKSON, PITNEY, BOGERT, VREDENBURGH, VOORHEES, VROOM.    10.

*For reversal*—None.